# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3370
_____

Jerome Paul

*Plaintiff - Appellant*

v.

American Red Cross St. Paul

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: May 17, 2023
Filed: May 22, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Minnesota resident Jerome Paul appeals after the district court[1] dismissed his employment action as barred by the statute of limitations. Upon careful de novo

_____

[1]The Honorable Patrick J. Schiltz, Chief Judge, United States District Court for the District of Minnesota.

review, we find no basis for reversal. *See Smithrud v. City of St. Paul*, 746 F.3d 391, 395 (8th Cir. 2014) (reviewing de novo whether statute of limitations bars claim). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____